# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-3719

———————————————

REGGIE DESHAWN LEWIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

August 21, 2024

PER CURIAM.

Reggie Deshawn Lewis was convicted after a jury trial of third-degree murder and sentenced to 12 years in prison. On appeal, he raises two issues. As to the challenge to the denial of his motion for judgment of acquittal, we affirm without further discussion. As to his argument that the trial court failed to properly address his request for a downward departure sentence, we dismiss pursuant to *Wilson v. State*, 306 So. 3d 1267 (Fla. 1st DCA 2020), *rev. granted*, No. SC20-1870, 2021 WL 1157838 (Fla. Mar. 26, 2021).

AFFIRMED in part; DISMISSED in part.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.